IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM TILLERY | * | |
| and | * | **RWT 07 CV 1092** |
| REBECCA TILLERY, | * | Civil Action No.: |
| Plaintiffs, | * | (Removed from Circuit Court for Prince George's County, Case No. CAL 07-05513) |
| vs. | * | |
| HARRY L. BORDEN, *et al.*, | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * *

## CONSENT TO REMOVAL

Defendants Relocation Management, LLC and Joshua Harrison, by and through their undersigned attorney, Henry D. McGlade, Jr., hereby consent to the removal of the above-captioned case from the Circuit Court for Prince George's County to this Court by Co-Defendants Aurora Loan Services and Lehman Brothers Bank, FSB.

_____
Henry D. McGlade, Jr.

1460 Ritchie Highway, Suite 207
Arnold, Maryland 21012
410-974-0010

*Attorney for Defendants Relocation Management, LLC and Joshua Harrison*

556936.1
4/26/2007